**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| TOWER ACCESS GROUP, LLC, | : No. 338 WAL 2018 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| THE SOUTH UNION TOWNSHIP | : |
| ZONING HEARING BOARD, | : |
| | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

　　**AND NOW**, this 11th day of March, 2019, the Petition for Allowance of Appeal is **DENIED**.